UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AARON HERNANDEZ,

    Plaintiff,

v.

Case No. 2:16-CV-10854
Judge David Lawson
Magistrate Judge Anthony P. Patti

HEIDI WASHINGTON, et al.,

    Defendants.

_____/

## ORDER STRIKING PLAINTIFF'S UNAUTHORIZED SUR-REPLY BRIEF (DE 24)

Plaintiff has filed a "Response to MDOC Defendants' Reply Brief," i.e., a sur-reply. (DE 24.) The sur-reply is rejected by the Court for several reasons: (1) E.D. Mich. LR 7.1(d)(1), which concerns briefs required and permitted, does not permit the filing of a sur-reply; (2) Plaintiff did not seek permission to file a sur-reply, but, in any case, I would have denied such a request, as the Court has an adequate record and the matter is already under advisement; and (3) my practice guidelines, which are publicly available on the Court's website, provide, in part: "Additional briefing, including sur-replies, will NOT be permitted unless requested by the Court. The Court will strike any improperly filed sur-replies or other briefing not contemplated by the Local Rules."

In accordance with this ruling, the Clerk of the Court **SHALL** strike Plaintiffs' November 3, 2016 filing. (DE 24.)

**IT IS SO ORDERED**.

Dated: January 19, 2017                s/ Anthony P. Patti
                                       Anthony P. Patti
                                       UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on January 19, 2017, electronically and/or by U.S. Mail.

                                       s/Michael Williams
                                       Case Manager for the
                                       Honorable Anthony P. Patti